UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE UPPER ROOM BIBLE CHURCH, INC.,

               Plaintiff,

      -against-

CERTAIN UNDERWRITERS AT LLOYDS, LONDON
POLICY NO. AMR-66014-02,
INDIAN HARBOR INSURANCE
COMPANY, LEXINGTON INSURANCE
COMPANY, QBE SPECIALITY INSURANCE          24-cv-07962 (LAP)
COMPANY, STEADFAST INSURANCE
COMPANY, UNITED SPECIALITY
INSURANCE COMPANY, GENERAL
SECURITY INDEMNITY COMPANY OF
ARIZONA, HDI GLOBAL SPECIALITY SE, OLD
REPUBLIC UNION INSURANCE
COMPANY, GEOVERA SPECIALITY
INSURANCE COMPANY, and TRANSVERSE
SPECIALITY INSURANCE COMPANY,

               Defendants.
-----------------------------------------------------------------------X

## [PROPOSED] ORDER

The Court having considered Plaintiff's unopposed motion to stay proceedings, and good

cause having been shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that all proceedings in the above-captioned case are STAYED until a

determination of the enforcement of the arbitration provision by the U.S. District Court for the

Eastern District of Louisiana (Case 2:22-cv-03490-LMA-MBN) has been made or a final judgment

of arbitration has been rendered; and it is further

ORDERED that the parties shall file a joint status report with this Court within seven (7)

days after the U.S. District Court for the Eastern District of Louisiana's final determination

1

regarding the arbitration provision or the final resolution of this matter, whichever occurs first.

Dated _December 16, 2024_

_/s/ Loretta A. Preska_
JUDGE LORETTA A. PRESKA
United States District Judge