UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UPPER ROOM BIBLE CHURCH, INC.,

           Plaintiff,

-against-

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON, POLICY NO. AMR-66014-02, ET AL.,

           Defendants.

24-CV-7962 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's status report, (dkt. no. 8), and pre-motion letters requesting leave to file a motion to compel Defendants to comply with the Court's December 16, 2024 order, (dkt. no. 7), and for a conference, (dkt. nos. 9, 10, 16). Respondent Insurers oppose the motion, (dkt. no. 15). The parties shall appear for a conference on July 14, 2025 at 10:30 a.m. in Courtroom 12A. The Clerk of the Court shall close dkt. no. 10.

**SO ORDERED.**

Dated:    New York, New York
            July 9, 2025

                                  *Loretta A. Preska*
                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge