UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UPPER ROOM BIBLE CHURCH, INC.,

               Plaintiff,

-against-

CERTAIN UNDERWRITERS OF LLOYD'S, LONDON, POLICY NO. AMR-66014-02, ET AL.,

               Defendants.

24-CV-7962 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter updating the Court on the related proceedings in the Eastern District of Louisiana and requesting an extension to submit a final position on whether Plaintiff intends to pursue Mr. Bruce Copeland as its party-appointed arbitrator, (dkt. no. 20), and Respondent Insurers' response, (dkt. no. 21). Plaintiff shall inform the Court by July 28, 2025 whether Plaintiff is willing to dismiss the related Eastern District of Louisiana case <u>with</u> prejudice. Plaintiff's request for an extension until July 28, 2025 to update the Court on Plaintiff's position as to Mr. Copeland is GRANTED.

**SO ORDERED.**

Dated:    New York, New York
           July 23, 2025

                                            *Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Senior United States District Judge