UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UPPER ROOM BIBLE CHURCH, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CERTAIN UNDERWRITERS OF LLOYD'S, LONDON, POLICY NO. AMR-66014-02, ET AL., <br><br> Defendants. | 24-CV-7962 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Counsel for the parties and a decisionmaker for Plaintiff

shall appear for a teleconference on July 31, 2025 at 11:00 a.m.

using the dial-in (855) 244-8681, access code: 23190063202.

**SO ORDERED.**

Dated:    New York, New York
          July 30, 2025

_____
          LORETTA A. PRESKA
          Senior United States District Judge