UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UPPER ROOM BIBLE CHURCH, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CERTAIN UNDERWRITERS OF LLOYD'S, LONDON, POLICY NO. AMR-66014-02, ET AL., <br><br> Defendants. | 24-CV-7962 (LAP) <br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

As ordered during today's conference, Plaintiff shall obtain new counsel, who shall enter a notice of appearance within 30 days of this order. This is Plaintiff's final extension. Once Plaintiff receives counsel, the parties shall update the Court as to whether a settlement discussion is desired.

**SO ORDERED.**

Dated:   New York, New York
         September 17, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge