```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| THE UPPERROOM BIBLE CHURCH, INC.,<br><br>      Plaintiffs,<br><br>-against-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>      Defendants. | No. 24-CV-7962 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  During a teleconference today with Dr. Carol Rowe, Board Representative of Upperroom Bible Church, Inc., and Underwriters' counsel, it was agreed that:

  1) the parties will pursue their pending arbitration, but Underwriters reserves its objection to service by Mr. Copeland as an arbitrator;

  2) the petition is dismissed without prejudice; and

  3) the Court retains jurisdiction over the arbitration.

**SO ORDERED.**

Dated:  October 21, 2025
     New York, New York

              *Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge