UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE UPPERROOM BIBLE CHURCH, INC.,

                        Plaintiffs,                    24 **CIVIL** 7962 (LAP)

        -against-                                **JUDGMENT**

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,
                       Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 21, 2025, and during a teleconference with Dr. Carol Rowe, Board Representative of Upperroom Bible Church, Inc., and Underwriters' counsel, it was agreed that: 1) the parties will pursue their pending arbitration, but Underwriters reserves its objection to service by Mr. Copeland as an arbitrator; 2) the petition is dismissed without prejudice; and 3) the Court retains jurisdiction over the arbitration.

**Dated**: New York, New York
           November 3, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                **BY:**          K. Mango

                                                                     **Deputy Clerk**